**RECEIVED**
**JUN 14 2023**
**BY MAIL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

David A. Parkhurst
#1152099

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

v.

Centurion Medical Services
X-Nurse Sara Linley, C.C.S
Lane & John Doer, et al.

*(Write the full name of each defendant. The caption must include the names of **all** of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
☑ Yes    ☐ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I. The Parties to this Complaint

### A. The Plaintiff

Name: DAVID ANDREW PARKHURST

Other names you have used: N/A

Prisoner Registration Number: 1152099

Current Institution:

Indicate your prisoner status:

- [ ] Pretrial detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Civilly committed detainee
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee
- [x] Other (explain): PAROLE VIOLATER

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: SARA FINLEY

Job or Title: NURSE (× NURSE FOR CENTURION) AT F.R.D.C.

Badge/Shield Number: 

Employer: CENTURION MEDICAL CO.

Address: IT WAS AT FRDC IN FULTON MO. BUT THE REGIONAL OFFICE ADDRESS IS 1400 EDGEWOOD DRIVE SUITE 200 JEFFERSON CITY MO. 65109

_____ Individual Capacity     _____ Official Capacity

2

**Defendant 2**

Name: _____

Job or Title: _____

Badge/Shield Number: _____

Employer: _____

Address: _____

☐ Individual Capacity         ☐ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

SO, I HAD HOLES (OPEN) PUNCTURES BRUISES, BLOOD, SWOLLEN MUSCLES BURNING PAIN, FROM THE WRITING PEN SHE USED ON ME REPEATIVLEY. THEN I HAD CUTS, LACERATIONS SCRATCHES, "ALL OVER JUST LIKE PEN INJURIES" AND FROM THE KEYS SHE CUT ME WITH TWISTED IN ME SCRATCHED ME WITH AND ALOT OF THOSE INJURIES GOT INFECTED. (SHE HAD TO BORROW THE KEYS FROM STAFF) SHE TOLD C.O. x John Doe, TO KEEP ME IN HANDCUFFS WHILE IN 'ANOTHER' SIEZURE LIKE EPISODE KNOWING I WAS NOT OVERDOSING, WHICH GAVE ME MEDIUN NERVE DAMAGE IN BOTH HANDS, WRIST, ARMS. FRACTURED LEFT WRIST, INFECTED REAL BAD, DEEP LACERATIONS, AND BAD SCARS NOW ON ARMS # chest ON MY WRIST. THEY HURT ALL THE TIME NOW AND ARE DEFORMING & HARD TO BEND. THERE IS PICTURES, MEASUREMENTS, REPORTS STATEMENTS, RECORDS OF ALL MY INJURIES FROM ALL STAFF - MEDICAL - OFFICERS, MENTAL HEALTH. THEN THE X NURSE TRIED SPREADING ALLEGATIONS I WAS FAKEING THIS EPISODE, WHEN I WAS JUST HOSPITALIZED & IN ICU AT FULTON & JEFFERSON CITY 2 DAYS PRIOR TO THIS INCIDENT. I WAS PUT ON SIEZURE MEDS, ANTIBIOTICS, PAIN PILLS, MENTAL HEALTH MEDS WAS INCREASED, DIABETIC CHECK XRAYS   BLOOD SUGAR PILLS BLOOD PILLS NERVE PILLS.

III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

THEN I STARTED GETTING IGNORED.

(See EX. 1, 2, 3, & 4 for Witness Statments)

(See EX. A, B & C for IRR & Grivances)

(See EX, X for Correspondence with feb. Pros.Co.)

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

I AM REQUESTING THAT THE COURTS PROVIDE ME WITH MONATORY RELIEF IN THE FORM OF PUNITIVE ~~REMEDIES~~ DAMAGES, AND AN APOLOGY FROM ~~CENTRY~~ CENTURION AND X-NURSE SARA FINLEY.

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes    ☐ No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

FULTON RECEPTION & DIAGNOSTIC CENTER

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes    ☐ No    ☐ Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes    ☐ No    ☐ Do not know

5

If yes, which claim(s)?

Esstelle V. Gamble
Delibert Indifference Serious Medical Needs

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes    ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes    ☑ No

E. If you did file a grievance:

1. Where did you file the grievance? FULTON RECEPTION & DIAGNOSTIC CENTER

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

Infra Claims See Attached

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

See Attached IRR Responses

6

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*) I FILED THE PROPER IRRS & GRIEVANCES. WHEN I TRIED FILEING THE GRIEVANCE APPEAL (AND OTHERS) THE 7 HOUSE CASE WORKER WOULD NOT GIVE ME THE FORMS. SHE MS. JACKSON EVEN TRIED TO LIE AND PUT ME IN SUICIDE WATCH SO SHE WOULDN'T HAVE TOO. BUT SHE GOT IN TROUBLE. SO THEN I HAD TO GO THRU THE GRIEVANCE OFFICER AT FULTON MS. TURNER TO GET MY GRIEVANCE APPEAL. YES THE GRIEVANCE APPEAL IS COMPLETED BUT RESPONSE DOESN'T MAKE SINCE TO ME

F. If you did not file a grievance:

N/A

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I FILED IRRS & GRIEVANCES

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I WENT THRU SO MUCH FILEING GRIEVANCES & IRRS OVER THIS SITUATION. AND NONE OF THE RESPONSES MAKE SINCE. THEN I FEEL MEDICAL STARTED IGNORING ME NEGLECTING ME MY MEDICAL CONDITIONS AND PAIN THE X NURSE CAUSED.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes   ☑ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

N/A

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes   ☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1. Parties to the previous lawsuit

   Plaintiff _____ N/A _____

   Defendant(s) _____ N/A _____

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number _____ N/A _____

4. Name of Judge assigned to your case _____

8

5. Approximate date of filing lawsuit _____N/A_____

6. Is the case still pending?

   ☐ Yes

   ☐ No  (*If no, give the approximate date of disposition*): N/A

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes   ☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff _____N/A_____

   Defendant(s) _____N/A_____

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number _____N/A_____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?

   ☐ Yes     N/A

   ☐ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this *DP* day of *06-12-23*, 20 *23*.

Signature of Plaintiff   *David Paulhurst*